IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and TEAMSTERS PENSION FUND OF PHILADELPHIA AND VICINITY<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>RICCELLI PREMIUM PRODUCE, INC.<br><br>　　　　　Defendant. | HON. JEROME B. SIMANDLE<br><br>Civil No. 09-6455 (JBS-JS)<br><br>**<u>ORDER</u>** |

　　　This matter having come before the Court upon Plaintiffs' motion for default judgment [Docket Item 6] and upon Defendant's motion to vacate default [Docket Item 8]; the Court having considered the submissions in support thereof and opposition thereto; for the reasons stated in the Memorandum Opinion of today's date; and for good cause shown;

　　　IT IS, this   **19th**   day of **November, 2010,** hereby

　　　ORDERED that Defendant's motion to vacate default shall be, and it hereby is, GRANTED; and it is further

　　　ORDERED that Defendant shall answer or otherwise plead to the Complaint within fourteen (14) days of the entry of this Order; and it is further

　　　ORDERED that Plaintiffs' motion for default judgment shall be, and it hereby is, DENIED.

　　　　　　　　　　　　　　　　　　**s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　U.S. District Judge